IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02465-BNB

ISMAEL A. GONZALES,

    Plaintiff,

v.

MERCHANT JUDGE WILEY Y. DANIEL,
MERCHANT GREGORY C. LANGHAM,
MERCHANT WILLIAM J. LEON,
MERCHANT DANIEL E. ROJAS,
MERCHANT GUY TILL,
MERCHANT THOMAS R. WARD,
MERCHANT MANUEL J. ARAGON,
MERCHANT CARRIE DEPIRRO [ATF Office],

    Defendants.

FILED
UNITED STATES DISTRICT COURT
JAN 2 5 2007
GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

This matter is before the Court on the petition titled "Petition of Demand and Order to Strike the Civil Action Filed on 1-11-07" that Plaintiff Ismael A. Gonzales submitted *pro se* and the Court filed on January 19, 2007. In the petition, Mr. Gonzales informs the Court that he wants to dismiss his complaint.

The Court must construe liberally the January 19, 2007, petition to dismiss because Mr. Gonzales has filed the petition on his own behalf. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the January 19 petition liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without

order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the petition titled "Petition of Demand and Order to Strike the Civil Action Filed on 1-11-07" that Plaintiff Ismael A. Gonzales submitted *pro se* and the Court filed on January 19, 2007, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of January 19, 2007, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 25 day of _____Jan_____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02465-BNB

Ismael A. Gonzales
Reg. No. 32780-013
FDC - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/26/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk