IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02465-ZLW

ISMAEL A. GONZALES,

    Plaintiff,

v.

MERCHANT JUDGE WILEY Y. DANIEL,
MERCHANT GREGORY C. LANGHAM,
MERCHANT WILLIAM J. LEON,
MERCHANT DANIEL E. ROJAS,
MERCHANT GUY TILL,
MERCHANT THOMAS R. WARD,
MERCHANT MANUEL J. ARAGON,
MERCHANT CARRIE DEPIRRO [ATF Office],

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 2 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The instant complaint and the action were dismissed without prejudice on January 25, 2007. Therefore, the document titled "Petition of Demand and Order to Strike the Civil Action Filed on 1-11-07" filed on February 26, 2007, is DENIED as moot.

Dated: March 2, 2007

A copy of this Minute Order mailed on March 2, 2007, to the following:

Ismael Arenas Gonzales
Reg. No. 32780-013
FDC - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

                          Secretary/Deputy Clerk